### FISKE v. ERNST.

(City Court of New York, General Term. January 26, 1900.)

1. LANDLORD AND TENANT—LEASE—FORMAL EXECUTION—NECESSITY.
   Where all the terms of a lease were definitely agreed on between the parties, and nothing was left open, a formal execution of the lease was not necessary to the consummation of the contract.

2. DEPOSITION—OBJECTIONS WAIVED.
   An objection to the reading of a deposition of a witness is not available on appeal, where no exception was taken to the ruling.

Appeal from trial term.

Action by Robert T. P. Fiske against Carl Ernst. From a judgment in favor of plaintiff, and from an order denying a new trial, defendant appeals. Affirmed.

Argued before O'DWYER and HASCALL, JJ.

B. H. Arnold, for appellant.
Howard R. Bayne, for respondent.

O'DWYER, J. The evidence clearly showed a meeting of the minds of the parties upon all the terms of the lease. Nothing was left open.

All the terms having been definitely agreed upon, the formal execution of the lease was not necessary to the consummation of the contract. Defendant's objection to the reading of the deposition of the witness Jones is without merit, but, if the objection was good, it is unavailable on appeal, as no exception was taken to the ruling.

The evidence fully justifies the verdict, and the judgment and order appealed from should be affirmed, with costs.

HASCALL, J., concurs.